■ M. SHAWKY EL SAWAH, Appellant, v ROCHESTER SAINT MARY'S HOSPITAL OF THE SISTERS OF CHARITY, Respondent. — Order unanimously affirmed, without costs. Memorandum: In this action for injunctive relief plaintiff, an

orthopedic surgeon, seeks reinstatement of his staff membership and restoration of physician privileges at defendant hospital. He appeals from Special Term's denial of his motion for a "temporary" injunction (see Public Health Law, § 2801-c). We affirm. Plaintiff failed to establish a violation of section 2801-b of the Public Health Law and failed to exhaust the administrative remedy provided for in that statute (see *Guibor v Manhattan Eye, Ear & Throat Hosp.,* 56 AD2d 359, affd 46 NY2d 736). (Appeal from order of Supreme Court, Monroe County, Bergin, J. — preliminary injunction.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Moule, JJ.